IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| Karyn E Tuzzolino, | ) | CASE NO. 13 B 49235 |
| | ) | |
| Debtor(s), | ) | Judge: Pamela S. Hollis |
| | | |
| Karyn E Tuzzolino, | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| v. | ) | ADV. NO. ___ AP_____ |
| | ) | |
| Citimortgage, | ) | |
| | ) | |
| Defendant. | ) | |

**<u>COMPLAINT OF THE DEBTOR PURSUANT TO 11 U.S.C. §1322(B) AND BANKRUPTCY RULE 3012 TO DETERMINE THE VALUE OF SECURITY AND RELEASE OF CITIMORTGAGE'S UNDERLYING LIEN ON DEBTOR'S PROPERTY</u>**

NOW COMES the Plaintiff, Karyn E Tuzzolino, by and through her attorneys, Cutler & Associates, Ltd., and states as follows:

1. The Plaintiff filed a petition under Chapter 13 of the U.S. Bankruptcy Code on December 30, 2013.

2. This Honorable Court has jurisdiction pursuant to §157 and §1334 of Title 28, United States Code.

3. This is a core proceeding within the meaning of §157(B)(1) and (2) of Title 28, United States Code.

4. Venue is proper pursuant to §1409 of Title 28, United States Code.

5. This Honorable Court <u>has not</u> confirmed the Plaintiff's Chapter 13 Plan.

6. Plaintiff, Karyn E Tuzzolino, is an individual.

7. The Plaintiff is the owner of a house, her principal place of residence, located at 100 Brentwood Trail, Elgin, IL 60120.

8. That Indymac Mortgage Services holds a first mortgage lien on the real property commonly known as 100 Brentwood Trail Elgin, IL 60120 with a secured claim of $255,420.00.

9. The Defendant holds a second mortgage lien on the real property known as 100 Brentwood Trail Elgin, IL 60120 in the approximate amount of $62,497.00. No proof of claim has been filed by Citimortgage as of the date of this instant motion.

10. That the value of 100 Brentwood Trail Elgin, IL 60120 was $220,100.00 at the time of case filing.

11. That the secured claim of Indymac Mortgage Services exceeds the value of the subject property, leaving no equity for the Defendant's claim to attach to. Defendant's lien should be canceled pursuant to §1327(b)(2).

WHEREFORE, the Plaintiff, Karyn E Tuzzolino, prays this Honorable Court for the following relief:

A. That this Court holds that the interest of the Defendant with respect to the real estate located at 100 Brentwood Trail Elgin, IL 60120, is valued at zero.

B. The Defendant is ordered to cancel and release the underlying lien on the Plaintiff's real estate, located at 100 Brentwood Trail Elgin, IL 60120 and provide to the Plaintiff proof thereof within 30 days after the completion and discharge is granted in the Debtor's Chapter 13 case.

C. That the Plaintiff has such and other relief as the Court may deem just and proper.

3

                    Respectfully submitted,

By:    <u>/s/ David H. Cutler</u>
        David H. Cutler, esq.
        Counsel for Debtor(s):
        Cutler & Associates, Ltd.
        4131 Main St,
        Skokie, IL 60076
        Phone: (847) 673-8600