UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re:<br>Karyn Tuzzolino<br><br><br>Karyn Tuzzolino<br><br><br><br>Citimortgage Inc. | )<br>)<br>)<br>)  Debtor(s)  )<br>)<br>)<br>)<br>)  Plaintiff(s)  )<br>)<br>)<br>)  Defendant(s)  ) | BK No.:   13-49235<br><br>Chapter: 13<br>Honorable Pamela S. Hollis<br><br><br>Adv. No.: 14-00037 |

### AGREED JUDGMENT ORDER

On January 15, 2014, the debtor(s) filed an adversary complaint to value the claim of the defendant secured by a lien against the property commonly known as 100 Brentwood Trail Elgin IL 60120 (address) with real estate tax pin number 06-17-114-002-0000 (the "property").

IT IS HEREBY ORDERED that judgment is entered in favor of the debtor(s) and against the defendant as follows:

1. For purposes of the Chapter 13 plan only, any claims asserted by the defendant stemming from its Second mortgage lien against the property are entirely unsecured pursuant to 11 U.S.C. § 506(a) given the value of the property and the amount of senior liens.

2. Any timely filed proof of claim of the defendant for the Second mortgage lien will be treated as an unsecured claim in the Chapter 13 plan.

3. Upon completion of the Chapter 13 plan and entry of a discharge, the defendant's lien will be deemed satisfied pursuant 11 U.S.C. §§ 1322(b)(2), 1327 and 1328(a).

4. Should the Debrtor's bankruptcy case be dismissed or converted to a Chapter 7 before the completion of this case,CitiMortgage's lien will revert back to its prior status.

5. Each party is to bear their own attorney's fees and costs in the adversary proceeding.

Enter:

Honorable Pamela S. Hollis
United States Bankruptcy Judge

Dated: **FEB 26 2014**

**Prepared by counsel of Movant:**

David H. Cutler, esq
Attorney for Plaintiff(s)
4131 Main St.
Skokie IL 60076
(847) 673-8600

Rev: 20101008_apo